```
             IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
               Plaintiff,        )         4:07CR3065
                                 )
        v.                       )
                                 )
BRANDON SAYAVONG,                )         MEMORANDUM AND ORDER
                                 )
               Defendant.        )
                                 )
```

The report of the pretrial services officer recommends denial of the defendant's request that he be permitted to live with and in the third-party custody of his former girlfriend and the mother of his children in Grand Island. The officer reports that the proposed custodian was not candid and forthright with the officer, particularly about weapons in the home, and thus demonstrated that she would not be a suitable custodian. This, in addition to the obvious factor that tension between the defendant and the proposed custodian's husband, who lives in the home, causes me to deny the proposal.

    IT THEREFORE HEREBY IS ORDERED,

    The proposal of the defendant for release to reside in the third party custody of his former girlfriend is denied.

    DATED this 14th day of December, 2007.

                                BY THE COURT:

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge