IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3065 |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON SAYAVONG, | ) | ORDER ON MOTION ENLARGE (SIC) |
| | ) | TIME TO FILE OBJECTIONS TO PSI |
| Defendant. | ) | REPORT |
| | ) | |

IT IS ORDERED that:

1. the Motion Enlarge (sic) Time to File Objections to PSI Report, filing 49, is granted;

2. the deadline established in the Order on Sentencing Schedule for the defendant to object to the Presentence Investigation Report, filing 44, is extended to August 20, 2008.

Dated August 18, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge