IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:07CR3065 |
| v. | ) | |
| BRANDON SAYAVONG, | ) | ORDER ON MOTION TO CONTINUE SENTENCING |
| Defendant. | ) | |

IT IS ORDERED that:

1. the defendant's Motion to Continue Sentencing, filing 54, is granted;

2. the sentencing hearing shall commence at 12:15 p.m. on October 1, 2008, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated August 27, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge