# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Brandon Sayavong | ) Case No: 4:07CR3065 |
| | ) USM No: 44235-112 |
| Date of Original Judgment: 10/06/2008 | ) |
| Date of Previous Amended Judgment: | ) Kelly M. Steenbock |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  151  months **is reduced to**  121 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant shall not be released any earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated  10/06/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  01/05/2016                s/ Richard G. Kopf
                                        *Judge's signature*

Effective Date:  11/01/2015              Richard G. Kopf, Senior United States District Judge
*(if different from order date)*        *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Brandon Sayavong
CASE NUMBER: 4:07CR3065
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 33           Amended Total Offense Level: 31
Criminal History Category: II              Criminal History Category: II
Previous Guideline Range: 151 to 188 months   Amended Guideline Range: 121 to 151 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

Filing nos. 71 and 72 are granted as provided herein.